### 5053. STATEN *v.* THE STATE.

RUSSELL, C. J. The only assignment of error in this case depended upon the consideration of the competency of a juror; and, the Supreme Court having decided, in answer to the question certified to it by this court, and upon a review of the rulings in *Cohron* v. *State*, 20 *Ga.* 760, *Thomas* v. *State*, 27 *Ga.* 287, *Burroughs* v. *State*, 33 *Ga.* 408, *Doyal* v. *State*, 70 *Ga.* 142, and *Carter* v. *State*, 75 *Ga.* 750, that the fact that a petit juror in a criminal case is over sixty years of age is not ground for peremptory challenge (*Staten* v. *State*, 141 *Ga.* 82, 80 S. E. 850), the trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED JANUARY 27, 1914.

Conviction of stabbing; from Whitfield superior court—Judge Fite. June 7, 1913.

*F. W. Copeland, George W. Glenn,* for plaintiff in error.
*Sam. P. Maddox, solicitor-general,* contra.